IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 5 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-00347-PAB

JERRY D. GRADY,

     Plaintiff,

v.

TANIA GARCIA, Director of C.D.O.C's T.C. Program,
DAVE BOOTH, Director of Sterling Corr. Fac. T.C. Program, and
WESLEY WILSON, Case [M]anager 3 Sterling Corr. Faility [sic],

     Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915 and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED August 20, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-000347-PAB-CBS

Jerry D. Grady
Doc No. 93047
Sterling Corr. Facility
P.O. Box 6000
Sterling, CO 80751

Tania Garcia, Dave Booth, and Wesley Wilson- **WAIVER***
c/o Keith Nordl
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to Keith Nordl for service on Tania Garcia, Dave Booth, and Wesley Wilson:  SECOND AMENED COMPLAINT FILED 08/09/10, WAIVER* SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on ___8/25/10___.

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk