**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 10-cv-00347-PAB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** March 18, 2011 | **Courtroom Deputy:** Linda Kahoe |

JERRY D. GRADY, *Pro se (via phone)*

    Plaintiff,

    v.

TANIA GARCIA, *et al.,*     Kristine Kay Hayter

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING: STATUS CONFERENCE**
**Court in session:** 1:33 p.m.
Court calls case. Appearance of counsel. *Plaintiff appears pro se via phone.*

Discussion regarding Plaintiff's Objection to Production of Documents and Request for a Protective Order, doc #[54], filed 2/23/2011.

**ORDERED:** Plaintiff's Objection to Production of Documents and Request for a Protective Order, doc #[54] is **DENIED WITHOUT PREJUDICE**. The court finds that the Motion and Request should be denied based upon Defense counsel's representation that she is not seeking any additional medical records over and above the medical records that the Defendants currently have. The court *does* find that there is no justification for independently seeking medical records that pre-date 2005.

Off record discussion regarding settlement.

**ORDERED:** No later than **MARCH 25, 2011**, Defense counsel shall submit a letter to the court, and to Plaintiff, advising whether or not Defendants are interested in setting a Settlement Conference.

HEARING CONCLUDED.
**Court in recess:** 2:13 p.m.
Total time in court: 00:40

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.