## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 10-cv-00347-PAB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: June 20, 2011** | **Courtroom Deputy:** Linda Kahoe |

JERRY D. GRADY,            *Pro se*

    Plaintiff,

    v.

TANIA GARCIA, *et al.*,           Kristine Kay Hayter

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session:**     9:04 a.m.
Court calls case. Appearance of counsel. Mr. Grady appears *pro se*.

Discussion regarding Notice of Motion for Order Compelling Discovery, doc #[65], filed 5/12/2011, and the Response, doc #[67], filed 5/23/2011.

Ms. Hayter states the documents have been provided.

For the reasons as stated on the record, it is:

**ORDERED:** Notice of Motion for Order Compelling Discovery, doc #[65], is **DENIED.**

The court advises Mr. Grady he should not send letters to the Clerk of the Court, and that requests must be made in the form of a formal Motion.

Discussion regarding responses to interrogatories. The court states that Plaintiff has not filed a Motion to Compel regarding interrogatories.

Ms. Hayter states she will go through the documents to may sure she has produced all documents that were requested.

The court suggests that the parties confer regarding the interrogatories and the responses thereto. If there is still an issue after the parties confer, the court will allow Mr. Grady to file a Motion to Compel. Mr. Grady must attach the discovery responses to the Motion.

**ORDERED:** Briefing on the Motions for Summary Judgment, documents #[70], #[71], and #[72] is **STAYED** pending a resolution on the discovery issues.

HEARING CONCLUDED.

**Court in recess:**     9:43 a.m.
Total time in court:    00:39

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.