IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 10-cv-00347-PAB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: October 3, 2011 | Courtroom Deputy: Emily Seamon and Robin Mason |

| *Parties:* | *Counsel:* |
|---|---|
| JERRY D. GRADY, | Pro se *(by telephone)* |
| Plaintiff, | |
| v. | |
| TANIA GARCIA, Director of C.D.O.C T.C. Program, | Kristine Hayter |
| DAVE BOOTH, Director of Sterling Corr. Fac. T.C. Program, and | |
| WESLEY WILSON, Case Manager 3 Sterling Corr. Facility, | |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  MOTION HEARING**
**Court in Session:     11:40 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the Court and counsel regarding Plaintiff's Motion for Order Compelling Discovery.

Discussion regarding waiver, classifications, and the Plaintiff's file.

**ORDERED:** Plaintiff's Motion for Order Compelling Discovery [Doc. No. 80] is GRANTED IN PART AND DENIED IN PART.  To the extent Plaintiff is seeking to compel additional information with respect to waivers or classification hearings, the Court finds that Defendants' responses in their most recent supplemental responses demonstrate that the Motion to Compel those categories of documents is unfounded. Plaintiff shall send to defense counsel within the next 3 days a list of the specific

        things in his file that he thinks he needs. Defendants shall respond to the communication by either indicating that the requested materials have been produced, the date the materials were produced, and the form in which those materials were produced. To the extent that documents have been previously produced from Plaintiff's personnel file, the Court does not require the Defendants to produce those materials again.

HEARING CONCLUDED.

**Court in recess:**     **12:09 p.m.**
Total time in court:     00:29

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.