IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00347-PAB-CBS

JERRY GRADY,

     Plaintiff,

v.

TANIA GARCIA, Director of C.D.O.C. T.C. Program,
DAVE BOOTH, Director of Sterling Corr. Fac. T.C. Program, and
WESLEY WILSON, Case Manager 3 Sterling Corr. Facility,

     Defendants.

---

### ORDER

---

This matter is before the Court on defendants' motion for award of Costs [Docket No. 107] pursuant to Federal Rule of Civil Procedure 54(d)(1).  Rule 54 provides that, "[u]nless a federal statute, these rules, or a court order provides otherwise, costs – other than attorney's fees – should be allowed to the prevailing party."  Fed. R. Civ. P. 54(d)(1).  Rule 54(d)(1) creates a "presumption that the district court will award costs to the prevailing party."  *Cantrell v. Int'l Bhd. Of Elec. Workers*, 69 F.3d 456, 459 (10th Cir. 1995) (en banc).  Therefore, only where a district court can provide a "valid reason" for not awarding costs to a prevailing party will such a decision be upheld.[1]  *Id*.  It is the non-prevailing party's burden to establish that a valid reason exists for a denial of costs.

---

[1]According to the Tenth Circuit, some of the valid reasons for which a district court may deny costs to a prevailing party include: where a party was only partially successful; where prevailing parties were obstructive and acted in bad faith during the course of litigation; where the damages awarded were nominal or recovery is otherwise insignificant; where the costs are unreasonably high or unnecessary; or where the issues are close and difficult.  *Cantrell*, 69 F.3d at 459.

*See Rodriguez v. Whiting Farms, Inc.*, 360 F.3d 1180, 1190 (10th Cir. 2004).  In this case, plaintiff has not filed a response to defendants' motion.  Therefore, plaintiff has not carried his burden and the Court is not aware of a valid reason not to award costs. Accordingly, defendants are entitled to receive their costs pursuant to Federal Rule of Civil Procedure 54(d)(1).

For the foregoing reasons, it is

**ORDERED** that Defendants' Motion for Costs Pursuant to D.C.COLO.LCivR 54(d)(1) [sic] [Docket No. 107] is **GRANTED**.  Defendants may have their costs upon compliance with Local Rule 54.1.

DATED May 30, 2012.

BY THE COURT:

s/Philip A. Brimmer
_____
PHILIP A. BRIMMER
United States District Judge